- 1 -

STATE OF NEW YORK
SUPREME COURT: COUNTY OF CHAUTAUQUA

---

TRI CHURCH PARISH,

                Plaintiff,

-vs-

PHILADELPHIA INDEMNITY INSURANCE COMPANY,

                Defendant.

**NOTICE OF REMOVAL TO FEDERAL COURT**

Index No. K12015-1366

---

**PLEASE TAKE NOTICE**, that defendant PHILADELPHIA INDEMNITY INSURANCE COMPANY has submitted a Petition for Removal in the above-captioned action to the United States District Court, Western District of New York for filing on April 6, 2016. A copy of the Petition for Removal is attached hereto.

DATED:    Buffalo, New York
              April 6, 2016

                                            s/Eric T. Boron
                                            Eric T. Boron, Esq.
                                            MURA & STORM, PLLC
                                            *Attorneys for Defendant*
                                            930 Rand Building
                                            14 Lafayette Square
                                            Buffalo, New York 14203
                                            (716) 855-2800
                                            eric.boron@muralaw.com

- 2 -

cc: Charles C. Ritter, Jr., Esq.
DUKE, HOLZMAN, PHOTIADIS & GRESENS, LLP
*Attorneys for Plaintiff*
701 Seneca Street, Suite 750
Buffalo, New York 14210
(716) 855-1111