UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

TRI CHURCH PARISH,

                        Plaintiff,

-against-                                Civ. Action No. 1:16-cv-00274

PHILADELPHIA INDEMNITY INSURANCE
COMPANY,

                        Defendant.
_____

## **JOINT STIPULATION OF DISMISSAL**

        IT IS HEREBY STIPULATED AND AGREED, by and between the parties, that this action shall be dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, each party to bear their own costs and fees.

DATED:      Buffalo, New York
                 July 21, 2016

| FOR THE PLAINTIFF: | FOR THE DEFENDANT: |
|---|---|
| /s/ Charles C. Ritter Jr. | /s/ Roy A. Mura |
| _____ | _____ |
| Charles C. Ritter, Jr. | Roy A. Mura, Esq. |
| Duke, Holzman, Photiadis & Gresens LLP | Mura & Storm, PLLC |
| 701 Seneca Street, Suite 750 | 930 Rand Building |
| Buffalo, New York 14210 | 14 Lafayette Square |
| (716) 855-1111 | Buffalo, New York 14203 |
| critter@dhpglaw.com | (716) 855-2800 |
|  | roy.mura@muralaw.com |